B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Acemla De Puerto Rico, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0521647** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**508 Ana Roque Duprey**<br>**Hija Del Caribe Corner**<br>**San Juan, PR**       ZIPCODE **00918** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):       ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**Box 366714**<br>**San Juan, PR**       ZIPCODE **00936-6714** | Mailing Address of Joint Debtor (if different from street address):       ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**508 Ana Roque Duprey, Hija Del Caribe Corner, San Juan, PR**       ZIPCODE **00918** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☑ Chapter 11            Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                             Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Acemla De Puerto Rico, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Acemla De Puerto Rico, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X ***/s/ Gerardo L. Santiago Puig*** Signature of Attorney for Debtor(s) **Gerardo L. Santiago Puig 205402** **Santiago Puig Law Offices** **DoralBank Plaza Ste 801 33 Resolucion St** **San Juan, PR 00920** **(787) 777-8000  Fax: (787) 767-7107** **gsantiagopuig@yahoo.com** **March 24, 2014** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. _____ Date |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X ***/s/ Raúl Bernard*** Signature of Authorized Individual **Raúl Bernard** Printed Name of Authorized Individual **President** Title of Authorized Individual **March 24, 2014** Date | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CORPORATE RESOLUTION

Meeting held at the premises of the ACEMLA de Puerto Rico, Inc., at 508 Ana Roque Duprey, Hija del Caribe Corner, San Juan, Puerto Rico.

Director Present:

| | |
|---|---|
| Mr. Raúl Bernard | President |
| Mrs. Dolores Vera | Secretary |

After a meeting held at the premises of ACEMLA de Puerto Rico, Inc., at 508 Ana Roque Duprey, Hija del Caribe Corner, San Juan, Puerto Rico, on February 26, 2014, the Directors of ACEMLA de Puerto Rico, Inc., decided to file a petition for relief under Chapter 11 of the Bankruptcy Code.

In order to file the above-mentioned petition for relief, the Board of Directors has authorized to retain Mr. Gerardo L. Santiago Puig, Esq., as attorney for Debtor, if approved by the Court. Also, the Corporation has authorized Mr. Raúl Bernard to sign all necessary documents related to the filling.

The petition for relief will be filed on or about March 5, 2014.

After the discussion of the only matter pending, the meeting was closed.

*Dolores Vera*
DOLORES VERA
Secretary

**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**  Case No. _____

Acemla De Puerto Rico, Inc. _____  Chapter **11** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................... $ **7,500.00**

   Prior to the filing of this statement I have received ...................................................... $ **7,500.00**

   Balance Due .............................................................................................. $ **0.00**

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **March 24, 2014** | */s/ Gerardo L. Santiago Puig* |
|---|---|
| Date | **Gerardo L. Santiago Puig 205402**<br>**Santiago Puig Law Offices**<br>**DoralBank Plaza Ste 801 33 Resolucion St**<br>**San Juan, PR  00920**<br>**(787) 777-8000  Fax: (787) 767-7107**<br>**gsantiagopuig@yahoo.com** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

| IN RE: | Case No. _____ |
|---|---|
| **Acemla De Puerto Rico, Inc.** | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Luis R. Bernard**<br>Box 366714<br>San Juan, PR 00918-6714 | | | | **235,303.00** |
| **Media Power Group, Inc.**<br>100 Gran Boulevard Paseos Suite 403-A<br>San Juan, PR 00926 | | | | **195,254.00** |
| **Sucesión Villamil**<br>Urb. Villa Capri 565 Cataña St.<br>San Juan, PR 00924-4049 | Reynaldo Quiñones Márquez, Esq.<br>Urb. El Vedado 109 Padre Las Casas<br>San Juan, PR 00918 | | | **163,238.93**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**163,238.93** |
| **Curet-Pamias**<br>256 Eleanor Roosvelt St.<br>San Juan, PR 00918 | | | | **120,000.00** |
| **Freddy Pérez González**<br>Urb. El Vedado, 108 Padre Las Casas<br>Hato Rey, PR 00918 | | | | **85,000.00** |
| **Venegas Jud**<br>256 Eleanor Roosvelt St.<br>San Juan, PR 00918 | | | | **75,000.00** |
| **Curet-Pamias**<br>256 Eleanor Roosvelt St.<br>San Juan, PR 00918 | | | | **33,000.00** |
| **Publimedia LRB**<br>Box 361597<br>San Juan, PR 00936-1597 | | | | **30,000.00** |
| **ASCAP**<br>BBVA Bldg., 254 Muñoz Rivera Ave.<br>Hato Rey, PR 00918-1801 | | | | **21,250.00** |
| **M. Torres Díaz, CPA**<br>Box 3502<br>Guaynabo, PR 00970-3502 | | | **Disputed** | **19,000.00** |
| **Castro Vargas Law Office**<br>Centro Int De Mercadeo, Torre 2 Ste 309<br>Guaynabo, PR 00968 | | | | **12,505.97** |
| **Radio Stations**<br>Box 270331<br>San Juan, PR 00927-0331 | | | | **10,000.00** |
| **Dolores Vela**<br>Box 366714<br>San Juan, PR 00918-6714 | | | | **7,500.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 24, 2014**   Signature: ***/s/ Raúl Bernard***

**Raúl Bernard, President**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**                                                                                     Case No. _____

**Acemla De Puerto Rico, Inc.**                                            Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 24, 2014**        Signature: ***/s/ Raúl Bernard***
                                                              **Raúl Bernard, President**                 Debtor

Date: _____     Signature: _____
                                                                                                                                             Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Acemla De Puerto Rico, Inc.**<br>Box 366714<br>San Juan, PR  00936-6714 | **M. Torres Díaz, CPA**<br>Box 3502<br>Guaynabo, PR  00970-3502 |
| **Santiago Puig Law Offices**<br>DoralBank Plaza Ste 801 33 Resolucion St<br>San Juan, PR  00920 | **Media Power Group, Inc.**<br>100 Gran Boulevard Paseos Suite 403-A<br>San Juan, PR  00926 |
| **ASCAP**<br>BBVA Bldg., 254 Muñoz Rivera Ave.<br>Hato Rey, PR  00918-1801 | **Publimedia LRB**<br>Box 361597<br>San Juan, PR  00936-1597 |
| **Castro Vargas Law Office**<br>Centro Int De Mercadeo, Torre 2 Ste 309<br>Guaynabo, PR  00968 | **Radio Stations**<br>Box 270331<br>San Juan, PR  00927-0331 |
| **Curet-Pamias**<br>256 Eleanor Roosvelt St.<br>San Juan, PR  00918 | **Reynaldo Quiñones Márquez, Esq.**<br>Urb. El Vedado 109 Padre Las Casas<br>San Juan, PR  00918 |
| **Dolores Vela**<br>Box 366714<br>San Juan, PR  00918-6714 | **Sucesión Villamil**<br>Urb. Villa Capri 565 Cataña St.<br>San Juan, PR  00924-4049 |
| **Eugenio Romero, Esq.**<br>Box 9171<br>San Juan, PR  00908-0171 | **Venegas Jud**<br>256 Eleanor Roosvelt St.<br>San Juan, PR  00918 |
| **Freddy Pérez González**<br>Urb. El Vedado, 108 Padre Las Casas<br>Hato Rey, PR  00918 | **Vicent H. Peppe**<br>496 Darlington Dr.<br>Nashville, TN  37211 |
| **LAMCO**<br>Box 366714<br>San Juan, PR  00936-6714 | |
| **Luis R. Bernard**<br>Box 366714<br>San Juan, PR  00918-6714 | |